

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 13, 2019

**BY EMAIL**
The Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Gary Pamperien*,
        19 Mag. 9970

Dear Judge Smith,

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed in advance of the defendant's presentment.

                            Very truly yours,

                            GEOFFREY S. BERMAN
                            United States Attorney

by: _____
        Benjamin A. Gianforti
        Assistant United States Attorney
        (914) 993-1919

SO ORDERED:
                      Hon. Lisa Margaret Smith
                      U.S.M.J.