```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -  X
                                    :
UNITED STATES OF AMERICA            :   INFORMATION
                                    :
         - v. -                     :   20 Cr. 275 (NSR)
                                    :
GARY PAMPERIEN,                     :
                                    :
                  Defendant.        :
                                    :
- - - - - - - - - - - - - - - - -  X
```

**COUNT ONE**
((Possession of Child Pornography))

The United States Attorney charges:

1.   From at least in or about August 2017 through October 2019, in the Southern District of New York and elsewhere, GARY PAMPERIEN, the defendant, knowingly did possess and access with intent to view, and attempt to possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material containing an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit,

PAMPERIEN purchased, possessed, accessed, and viewed child pornography from a fee-based members only website.

(Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2.)

                                              /s/ Geoffrey S. Berman
                                              GEOFFREY S. BERMAN
                                              United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

GARY PAMPERIEN,

Defendant.

**INFORMATION**

20 Cr. 275 (NSR)

(18 U.S.C. §§ 2252A(a)(5)(B), (b)(2), and 2922(a)(3).)

GEOFFREY S. BERMAN
United States Attorney.