UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Gary Pamperien

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

~~CR     (  )(  )~~

20 CR 275 (NSR) (LMS)

Defendant __Gary Pamperien__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ✓ teleconferencing:

___ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s/ Gary Pamperien signature added by USMJ on consent via telephone

Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Gary Pamperien
Print Defendant's Name

Defendant's Counsel's Signature

Jason Ser
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/27/2020
Date

U.S. District Judge/U.S. Magistrate Judge