UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    Plaintiff,

**MEMORANDUM**

-against-

20 Cr. 275 (NSR)

GARY PAMPERIEN,

                    Defendant.
------------------------------------------------------------X

TO:  <u>Nelson S. Román, United States District Judge</u>:

      Please find attached a transcript of the July 28, 2021 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: August 16, 2021
       White Plains, New York

                                             Respectfully Submitted,

                                             JUDITH C. McCARTHY
                                             United States Magistrate Judge