UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

USA

                 - against -

GARY PAMPERIEN,

                            Defendant.

----------------------------------------------------- X

                      20 Cr. 275-01 (NSR)

                      ORDER ACCEPTING
                      PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

      The Court has reviewed the transcript of the plea allocution in the above-entitled case,

the charging papers, and all other pertinent parts of the record. The Report and Recommendation

of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated July 28, 2021, is

approved and accepted.

                                     SO ORDERED.

                                _____

                                Hon. Nelson S. Román,
                                United States District Judge

Dated: White Plains, NY
        August 27, 2021.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___8/27/2021___