UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA

                                                                             20-CR-275 (NSR)

- against -

                                                                             ORDER

GARY PAMPERIEN

      Defendant

-----------------------------------------------------------------x

     It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics, LCSW P.C. in the amount of $4,000.00, for professional services rendered in connection with the above captioned case.

Dated: White Plains, New York

       January 11, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2022

# Empire State Forensics, LCSW P.C.

**Fortune Building**
280 North Central Ave, Suite 40
Hartsdale, New York 10530
(914) 367-3370

# INVOICE

**Date Submitted:** January 4, 2022

**Re:** Gary Pamerien

**Dates Seen**: November 10 &19, 2021

**Location:** Empire State Forensics office in NYC

**Type of Assessment/Evaluation:**

    Adult Sexual Offense Risk Evaluation Psychosexual Assessment

**Completed By:** Sara Liebert, PsyD.

**Payment Information:**

    Total Cost of Assessment/Evaluation    **$ 4,000.00**

Please make check **payable** to: **Empire State Forensics**
Please send check to: **280 North Central Ave.  Suite 40**
          **Hartsdale, New York 10530**
          **Att: Kenneth J. Lau, LCSW**

Kenneth J. Lau, LCSW
**EIN #:**  82-2916796