**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 3, 2022

> Deft's request to adjourn the in-person Sentencing from May 26, 2022 until Sept. 7, 2022 at 2:00 pm is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion (doc. 55).
> Dated: White Plains, NY
>        May 9, 2022
>
> SO ORDERED:
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

**BY ECF & E-MAIL**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Gary Pamperien*, 20-cr-00275-1 (NSR)

Dear Honorable Judge Román:

I write to request an adjournment of the sentencing currently scheduled for May 26, 2022, at 10:00 a.m. to a date in September 2022.

In his prior request for an adjournment, dated February 23, 2022, Mr. Pamperien's prior counsel, Jason Ser, noted Mr. Pamperien's on-going heart issues for which he was seeking medical assistance. Mr. Pamperien underwent heart surgery on April 20, 2022. Given that the surgery occurred only two weeks ago, he is engaged in follow-up care with his doctors to monitor his progress and will be under his care in the coming months.

In addition, as the Court is likely aware Mr. Ser has left the Federal Defender's Office last month. His replacement, Rachel Martin, who will be taking over this case, does not start until June 6, 2022. Ms. Martin will require time to review the file, meet with Mr. Pamperien, and prepare a sentencing submission on his behalf.

I have discussed this request with Assistant United States Attorney Ben Gianforti, who does not object to this request. Therefore, Mr. Pamperien respectfully requests this matter be adjourned to a date in September 2022 for sentencing.

Sincerely,

Elizabeth K. Quinn
Assistant Federal Defender

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2022

cc:   Ben Gianforti, AUSA
      Samuel Adelsberg, AUSA