```
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/07/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

GARY PAMPERIEN,
                Defendant.

No. 20 CR 275 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

**To: U.S. Marshals Service**

    **It is hereby ORDERED** that defendant, GARY PAMPERIEN, sentenced to time served, be released from custody. The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

Dated:   September 7, 2022
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge