UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                                      :

UNITED STATES OF AMERICA          :    ORDER OF RESTITUTION

           - v. -                        :    20 Cr. 275 (NSR)

GARY PAMPERIEN,                     :
                  Defendant.
------------------------------------X

        Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Benjamin A. Gianforti and Samuel S. Adelsberg, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Count One of the above Indictment; and all other proceedings in this case, and upon the consent of GARY PAMPERIEN, the defendant, by and through his counsel, Rachel Martin, Esq., and upon consideration of the factors set forth in Title 18, United States Code, Section 3664(f)(2), it is hereby ORDERED that:

        GARY PAMPERIEN, the Defendant, shall pay restitution in the total amount of $21,000 to the victims of the offense charged in Count One, to be paid in monthly increments of $20 per victim. The names, addresses, and amount owed are set forth in the Schedule attached

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2022

1

hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated: White Plains, New York
       December  6 , 2022

                                 SO ORDERED:

                                 _____
                                 HONORABLE NELSON S. ROMÁN
                                 UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

       - v. -

GARY PAMPERIEN,
                 Defendant.

------------------------------------------------------------------X

SCHEDULE

20 Cr. 275 (NSR)

| **Victim** | **Address** | **Amount of Restitution** |
|---|---|---|
| "Henley"<br><br>"Mya"<br><br>"Pia" | Deborah A. Bianco, P.S.<br>Attorney at Law<br>14535 Bellevue-Redmond Road #201<br>Bellevue, Washington 98007 | Henley: $3,000<br><br>Mya: $3,000<br><br>Pia: $3,000<br><br>Total for Henley, Mya, and Pia: $9,000 |
| "Aurora"<br><br>"Sarah"<br><br>"Sierra" | Carol L. Hepburn, P.S.<br>200 First Avenue West, Suite 550<br>Seattle, WA 98119 | Aurora: $3,000<br><br>Sarah: $3,000<br><br>Sierra: $3,000<br><br>Total for Aurora, Sarah, and Sierra: $9,000 |

| "Jenny" | Margaret E. Mabie<br>Marsh Law Firm PLLC<br>PO Box 4668, #65135<br>New York, New York 10163 | $3,000 |
|---|---|---|
| TOTAL | | $21,000 |